**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7866**

———————

MARK ANTHONY WINCHESTER, a/k/a Pete,

                                    Petitioner - Appellant,

        versus

LARRY W. JARVIS, Warden,

                                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-02-788)

———————

Submitted:  March 18, 2003          Decided:  April 9, 2003

———————

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Mark Anthony Winchester, Appellant Pro Se.  Eugene Paul Murphy,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark Anthony Winchester seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000).  We have independently reviewed the record and conclude Winchester has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, ___ U.S. ___, 2003 WL 431659, at *10 (U.S. Feb. 25, 2003) (No. 01-7662).  Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED